AUSA:  NHH

County: Spokane

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 10, 2024**

SEAN F. McAVOY, CLERK

*In Re Affidavit in Support of Criminal Complaint as to Brandon BRIGMAN*

State of Washington         )

                                           ss

County of Spokane          )


### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Timothy Wihera, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.    I make this affidavit in support of a criminal complaint seeking the arrest of Brandon BRIGMAN for Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). This statute prohibits the possession of firearms or ammunition that have travelled in or affected interstate or foreign commerce by persons who have been convicted of a crime for which they could be imprisoned for over one year.

2.    I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, & Explosives ("ATF") and have been since December 2018.  Prior to serving as a federal agent, I served as a police officer in the City of Colorado Springs, Colorado, for over four years with primary duties as a patrol officer.  During my

Affidavit of Special Agent Wihera (23-mj-00013-JAG) - 1

time as a law enforcement officer, I have participated in numerous investigations into violations of federal firearms laws.

3.    The facts set forth below are based upon (1) my own personal observations; (2) reports and information provided to me by other law enforcement agents or government agencies; and (3) evidence collected through investigative operations.  Because this affidavit is being submitted solely for establishing probable cause to support a criminal complaint, I have not included each and every fact known to me concerning this investigation.  I have only set forth facts necessary to support the authorization of the requested arrest warrant and criminal complaint.

## INVESTIGATION

4.    I have reviewed reports regarding Spokane Police Department (SPD) incident # 2023-20164512, spoken to officers involved in this incident, and reviewed police body camera footage recorded during this incident.

5.    Combined, these sources indicate on August 18, 2023, officers from the SPD Violent Crimes Task Force (VCTF) arrested Brandon BRIGMAN pursuant to an outstanding arrest warrant in front of the Yoke's grocery store located at 210 East North Foothills Drive, Spokane, Washington. This is within the Eastern District of Washington.

Affidavit of Special Agent Wihera (23-mj-00013-JAG) - 1

6.      During a search incident to arrest of BRIGMAN's person, officers located a loaded firearm in BRIGMAN's right front pant pocket. This firearm was later identified as a Glock model 17C semi-automatic handgun. The chamber was empty and nine rounds of 9mm ammunition were recovered from the firearm's magazine.

7.      I am aware from training and experience and from consulting with an ATF interstate nexus expert that Glock firearms are not manufactured in the State of Washington. Consequently, I believe the firearm recovered from BRIGMAN has travelled in or affected interstate commerce.

8.      I have also reviewed a Spokane County Superior Court Judgment and Sentencing Order for case 19-1-00003-32, which indicates BRIGMAN was convicted of Second Degree Unlawful Possession of a Firearm on July 29, 2019. BRIGMAN's standard sentencing range for this conviction was 33-43 months imprisonment and he was sentenced to over 12 months imprisonment. Therefore, at the time of his arrest on August 18, 2023, BRIGMAN knew he was previously convicted of a crime for which he could be imprisoned for over one year. Accordingly, there is probable cause to believe BRIGMAN is prohibited from possessing firearms or ammunition under federal law.

Affidavit of Special Agent Wihera (23-mj-00013-JAG) - 1

## **CONCLUSION**

9.      Based on the foregoing, I submit that there is probable cause to believe that on August 18, 2023, Brandon BRIGMAN violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8), Felon in Possession of a Firearm.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
Timothy Wihera
Special Agent
Bureau of Alcohol, Tobacco, Firearms &
Explosives

Sworn to telephonically and signed electronically on this 10th day of January, 2024.

_____
The Honorable James A. Goeke
UNITED STATES MAGISTRATE JUDGE

Affidavit of Special Agent Wihera (23-mj-00013-JAG) - 1